UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY KINCAID EVE and CASEY WILSON, </br></br>   *Plaintiffs*,</br></br>   *vs.*</br></br>WADE BURTRON, TAYLOR MCCORKLE, JOSH HARREL, OFFICER THOMAS, JOEL RUSH, WESTFIELD POLICE DEPARTMENT, CITY OF WESTFIELD, and JOHN DOE OFFICERS 1-10,</br></br>   *Defendants*. | No. 1:21-cv-01721-JMS-MJD |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiffs and in favor of Defendants, such that Plaintiffs shall take nothing by way of their Complaint.

Date: 12/11/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1